UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:   Odis Clayborn Rose, Jr.                                CHAPTER 7 CASE NO. 25-10653
Candy Lashay Rose
Debtors


Odis Clayborn Rose, Jr.                                ADVERSARY NO.
Candy Lashay Rose
Plaintiffs

vs

Automotive Credit Corporation
Defendant

---

COMPLAINT TO AVOID JUDICIAL LIEN OF AUTOMOTIVE CREDIT CORPORATION

---

Comes now the Debtors, Odis Clayborn Rose, Jr. & Candy Lashay Rose, by and through their attorney of record, C. Jerome Teel, Jr., and files this Complaint to Avoid Judicial Lien of Automotive Credit Corporation. In support of said Complaint, the Plaintiffs would show unto the Court as follows:

1.   The Plaintiffs are adult resident citizens of Madison County, Tennessee, and are the Debtors in the above-captioned matter.

2.   A copy of the complaint is being served to the Defendant as follows: (1) to Defendant's attorney of record, Buffaloe & Vallejo, PLC, Joel A. Vallejo, 723 S. Main St., Springfield, TN 37172;  (2) to  the registered agent Corporation Service Company, 2908 Poston Ave., Nashville, TN 37203-1312; and to the Defendant's principal address of 26261 Evergreen Rd., Ste 300, Southfield, MI 48076-7509.

3.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(E) and F.R.B. P 7008(a).

4.   The Debtors own certain real property located at 71 Oak Grove Rd., Jackson, TN, Madison County, Tennessee. The value of the property is $27,700.00.

5.   The Debtors reside in the property. They have claimed a homestead exemption relative to the property in the amount of $52,500.00. Schedule C references the homestead exemption

pursuant to T.C.A. § 26.2.301(a).

6. The Debtors do not have a consensual mortgage against the subject real estate.

7. The Defendant obtained a judgment against the Debtors and said judgment was recorded in Lien Book 62 Page 1567 on May 31, 2016, in the Register's office of Madison County, Tennessee ("Judgment Lien") and an order extending the judgment for an additional ten years was recorded in Lien Book 71 Page 1577on November 27, 2023, in the Register's office of Madison County Tennessee. The amount of the judgment as of May 14, 2025, was $7,816.88.

8. Upon information and belief, the Debtors allege that the judgment lien of Automotive Credit Corporation impairs the Debtors' homestead exemption and should be avoided pursuant to 11 U.S.C. § 522(f). Further, the Court should enter an order determining that the lien of Automotive Credit Corporation against the subject real property is invalid and null and void.

WHEREFORE, PREMISES CONSIDERED, the Debtors respectfully pray:

1. That the Defendant be required to answer the allegations of this Complaint.

2. That the Court conduct a hearing on the Debtors' Complaint, and at such hearing to determine that the judicial lien of Automotive Credit Corporation referenced above is invalid and null and void against the real property and the Debtors' interest therein.

3. That the Court enter an order declaring the subject judgment lien avoided pursuant to 11 U.S.C. § 522(f).

Respectfully submitted this the 21st day of May 2025.

TEEL & GAY, P.L.C.
*/s/ C. Jerome Teel, Jr.*
C. Jerome Teel, Jr. (016310)
79 Stonebridge Blvd., Ste B
Jackson, TN 38305
Phone: (731) 424-3315
Fax: (731) 424-3501